IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00722-EWN-OES

WINE MASTER CELLARS, LLC,

    Plaintiff,

v.

JAMES L. DECKEBACH, et al.,

    Defendant.

---

ORDER ON PLAINTIFF'S
MOTION FOR RELIEF FROM JUDGMENT

---

The Court having considered the Unopposed Motion for Relief From Judgment, IT IS HEREBY ORDERED THAT:

The Judgment entered June 17, 2005 is hereby amended, nunc pro tunc, to include the following:

ORDERED that Defendants, their principals, agents, servants, employees, successors and assigns, and all those in privity, concert or participation with Defendants are hereby permanently enjoined from infringing the copyrights alleged in Court 1 of the Complaint is hereby entered.

SO ORDERED THIS  14th  DAY OF SEPTEMBER, 2005.

                                              s/Edward W. Nottingham
                                              United States Judge Edward W. Nottingham